No. 96–712. KAYE, INDIVIDUALLY AND IN HIS CAPACITY AS MONMOUTH COUNTY PROSECUTOR, ET AL. v. COLEMAN. C. A. 3d Cir. Motion of New Jersey Association of Counties for leave to

file a brief as *amicus curiae* granted.   Certiorari denied. ■